David Tykulsker, Esq. (2609)
David Tykulsker & Associates
161 Walnut Street
Montclair, NJ  07042
(973) 509-9292 (office)
(973) 509-1181 (facsimile)
david@dtesq.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MEDIEVAL TIMES U.S.A., INC., <br><br>Plaintiff, <br><br>v. <br><br>MEDIEVAL TIMES PERFORMERS UNITED, and AMERICAN GUILD OF VARIETY ARTISTS, <br><br>Defendants. | Case No. 2:22-cv-06050 (WJM) (ESK) <br><br><br>**ORDER** <br>**DISMISSING COMPLAINT** <br>**(with prejudice)** |

This matter, having been opened to the Court by Motion of Defendants pursuant to Fed.R.Civ.P. 12(b)(6) by their counsel David Tykulsker & Associates, seeking dismissal of the Complaint, and the Court, having reviewed the moving papers, any responsive and reply papers and all other matters of record, and having considered the arguments of counsel, and good cause appearing,

It is this _____ Day of _____, 2023, **ORDERED** and **ADJUDICATED:**

1.	Defendants' motion be and hereby is granted.

2. The Complaint in this matter is dismissed with prejudice, and the Clerk is directed to close the docket on this matter.

_____
WILLIAM J. MARTINI, U.S.D.J.