# Stevens & Lee

Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648
www.steveneslee.com

Mark H. Anania
Shareholder
Direct Dial: (201) 857-6769
Email: mark.anania@stevenslee.com
Direct Fax: (610) 236-4189

January 17, 2023

**VIA ECF**

William T. Walsh, Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Medieval Times U.S.A., Inc. v. Medieval Times Performers United, et. al.*
    Civil Action No.: 2:22-cv-06050-WJM-ESK

Dear Mr. Walsh:

This firm represents Medieval Times U.S.A., Inc. ("Medieval Times") in the above-captioned case. Pursuant to L. Civ. R. 7.1(d)(5), Medieval Times respectfully requests to adjourn the motion day and extend the deadline to file opposition papers to Defendants' Motion to Dismiss the Complaint [D.E. 11].

Defendants' Motion is a dispositive motion, and therefore, the provisions of L. Civ. R. 7.1(d)(5) providing for the adjournment of the motion day once by a party opposing the motion "without the consent of the moving party, the Court, or the Clerk," apply.

The original noticed motion day of February 6, 2023 for Defendants' Motion has not previously been extended or adjourned. By invoking L. Civ. R. 7.1(d)(5) through this letter before the date on which the opposition papers would otherwise be due, the new motion day for Defendants' Motion will be February 21, 2023. Under this new motion day, Plaintiff's opposition papers are due by February 7, 2023.

We thank you for your attention to this matter.

Respectfully,

STEVENS & LEE

*/s/ Mark H. Anania*

Mark H. Anania

cc: Counsel of Record (Via ECF and E-mail)