# David Tykulsker & Associates

### Attorneys-at-Law
161 WALNUT STREET
MONTCLAIR, NEW JERSEY 07042

E-MAIL: david@dtesq.com
TEL. (973) 509-9292
FAX (973) 509-1181

DAVID TYKULSKER*
VALERIA A. GHEORGHIU*

PAUL C. RENNER
OF COUNSEL

NJ & NY BAR*

April 26, 2023

**Via ECF**
Hon. Edward S. Kiel, U.S. Magistrate Judge
U.S. District Court, District of New Jersey
Frank R. Lautenberg U.S.P.O. & Cthse.
2 Federal Sq. – Room 451
Newark, NJ 07102

      Re: *Medieval Times U.S.A., Inc. v. Medieval Times Performers United, et al.*,
          Civil Action No. 2:22-cv-06050-WJM-ESK

Dear Judge Kiel:

      Together with Nicholas Johnson and Eric Greene, the undersigned represents Defendants in this matter. The Court-appointed mediator Theodore K. Cheng, Esq., has informed us that he is withdrawing from this matter - no mediation has yet occurred. Defendants would therefore respectfully request that a new mediator be appointed.

      We thank the Court for its continuing courtesies.

                                    Very Truly Yours,

                                    */s/ David Tykulsker*

                                    David Tykulsker

DT:nme

cc:    Mark H. Anania, Esq./Kristin M. Smith, Esq. (via ECF)