UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MEDIEVAL TIMES U.S.A., INC.,

Plaintiff,

v.

MEDIEVAL TIMES PERFORMERS UNITED, and AMERICAN GUILD OF VARIETY ARTISTS,

Defendants.

Civ. No. 2:22-cv-6050 (WJM)

ORDER

**WILLIAM J. MARTINI, U.S.D.J.:**

This matter comes before the Court on the motion of Defendants Medieval Times Performers United and American Guild of Variety Artists (jointly "Defendants") to dismiss Plaintiff Medieval Times U.S.A., Inc.'s Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. ECF No. 38. For the reasons set forth in the accompanying opinion, and for good cause shown,

IT IS on this 28th day of September 2023, **ORDERED** that Defendants' motion to dismiss is **GRANTED**; and

IT IS FURTHER ORDERED that the Complaint is **dismissed with prejudice.**

WILLIAM J. MARTINI, U.S.D.J.