David Tykulsker, Esq. (2609)
David Tykulsker & Associates
161 Walnut Street
Montclair, NJ 07042
(973) 509-9292 (office)
(973) 509-1181 (fax)
david@dtesq.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDIEVAL TIMES U.S.A., INC., | ) |
| Plaintiff, | ) Case No. 2:22-cv-06050 (WJM) (ESK) |
| v. | ) Civil Action |
| MEDIEVAL TIMES PERFORMERS UNITED, and AMERICAN GUILD OF VARIETY ARTISTS, | ) **NOTICE OF MOTION FOR ATTORNEYS' FEES & COSTS** |
| Defendants. | ) |

To: Mark H. Anania, Esq.
Kristen M. Smith, Esq.
STEVENS & LEE
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648
Tel: 609-718-0969
mark.anania@stevenslee.com
kristen.smith@stevenslee.com

**PLEASE TAKE NOTICE** that Defendants will move the Hon. William J. Martini, U.S.D.J., at the Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse, 50 Walnut St., Room 4076, Newark, NJ 07102, on a date and time to be set by the Court, for the entry of an Order pursuant to

15 U.S.C. § 1117(a) granting Defendants reasonable attorney's fees and costs. In support of the Motion, Defendants submit a Memorandum of Law, the Declarations of David Tykulsker and Nicholas Johnson and a proposed form of Order. In an effort to reduce fees, oral argument is not requested.

      **PLEASE TAKE FURTHER NOTICE** that if timely responsive papers are not filed and served, the Court may enter the proposed form of Order without further notice.

      Respectfully Submitted

      /s/David Tykulsker
      DAVID TYKULSKER, Esq.
      DAVID TYKULSKER & ASSOCIATES
      161 Walnut St.
      Montclair, NJ 07042
      (973) 509-9292 (office)
      (973) 509-1181 (facsimile)
      david@dtesq.com

Dated: October 12, 2023