# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2886

Medieval Times USA Inc v. Medieval Times Performers United, et al

(U.S. District Court No.: 2-22-cv-06050)

### ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 05, 2024
TMM/cc: Mark H. Anania, Esq.
Nicholas Johnson, Esq.
Karl S. Myers, Esq.
Melissa E. Rhoads
Kristen Smith
Daniel J. Sobol, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate